**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE:          **REASSIGNMENT OF CIVIL**
                **AND CRIMINAL MATTERS**
                **TO UNITED STATES DISTRICT**
                **JUDGE JOHN PRESTON BAILEY**

                                **Misc. No.:  3:20-MC-1**

## ORDER

Due to the recent inactive senior status of United States District Judge Frederick P. Stamp and pursuant to 28 U.S.C. §137, this Court hereby **REASSIGNS** the civil and criminal matters currently assigned to the Honorable United States District Judge Frederick P. Stamp, with the exception of 5:18cv96 and 5:16cv51, to the active docket of the Honorable United States District Judge John Preston Bailey.  Due to the volume of assignments, this Court will not place individual orders in each case but will instead enter this Miscellaneous Order.

All future case assignments will be made pursuant to the Sixth Amended Standing Order No. 1 (5:00-MC-10).  Closed cases will not be reassigned at this time.  If case activity necessitates the reassignment of a closed case in the future, the case will be reassigned at the appropriate time.

The Clerk of Court is hereby DIRECTED to transfer the aforementioned civil and criminal cases forthwith.

**ORDERED**, this 2nd day of January, 2020, by the United States District Court for the Northern District of West Virginia.

Gina M. Groh
Chief Judge
United States District Court
Northern District of West Virginia